AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

ANDERSON & MIDDLETON COMPANY,

     v.                    CASE NUMBER: C07-5419RBL

HON. DIRK KEMPTHORNE, et al.

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion for Preliminary Injunction is DISMISSED for lack of subject matter jurisdiction and this case is CLOSED.

DATED :   September 12, 2007

                                          BRUCE  RIFKIN
                                          *Clerk*

                                        /s/   Jean Boring
                                      *(By) Deputy Clerk*, Jean Boring